IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICIA HAUSNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:25-cv-01097-RDB |
| v. ) | |
| ) | IN ADMIRALTY |
| UNITED STATES OF AMERICA, ) | |
| U.S. DEPARTMENT OF TRANSPORTATION ) | |
| FEDERAL MARITIME ADMINISTRATION, ) | |
| and ) | |
| TOTE SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER DISMISSING COMPLAINT**

Having read and considered the United States' Motion to Dismiss Plaintiff's Complaint, Plaintiff's response, the United States' reply, and any oral argument ordered by the Court, the Court hereby dismisses Plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(1). Plaintiff is not granted leave to amend her Complaint.

Dated this _____ day of _____, 2025

_____
HONORABLE RICHARD D. BENNETT
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on May 20, 2025, I served a copy of the foregoing [PROPOSED] ORDER DISMISSING COMPLAINT on the following counsel of record via the Court's CM/ECF system:

PAUL D. BEKMAN
BEKMAN, MARDER, HOPPER, MALARKEY AND PERLIN, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208


Attorneys for Plaintiff Patricia Hausner


                                                 _s/ Scott Perrygo_____
                                                 SCOTT PERRYGO
                                                 Trial Attorney
                                                 Torts Branch, Civil Division
                                                 U.S. Department of Justice